OLSHANSKY BROTHERS, INC., Respondent, *v.* SAMUEL SCHWARTZ et al., Appellants, and PHILIP SPINA et al., Respondents, Impleaded with Another.

(Argued March 10, 1936; decided April 14, 1936.)

*Meyer Kraushaar, Sylvan D. Freeman* and *Frank Montrose* for appellants.

*Benedict S. Rosenfeld* and *Ora Copel* for plaintiff, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.